**SODW**
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
Mark C. Serverino, ESQ.
Nevada Bar No. 14117
Tania G. Bonilla, ESQ.
Nevada Bar No. 15703
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
T: 702.727.1400 | F: 702.727.1401
Mark.Severino@wilsonelser.com
Tania.Bonilla@wilsonelser.com
*Attorneys for Defendant Tyler William Hall*
*And JM Mechanical, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD KANG, individually; RICHARD KANG, as the parent and legal guardian of DANIEL KANG; RICHARD KANG, as the parent and legal guardian of HANNA KANG,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER WILLIAM HALL, individually; JM MECHANICAL, LLC, a foreign limited liability, DOE II-X, and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | Case No. 2:26-cv-01503-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Defendants Tyler William Hall and JM Mechanical, LLC ("Defendants"), by and through their counsel of record, Mark C. Severino, Esq., and Tania G. Bonilla, Esq., of the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and Plaintiffs Richard Kang, Daniel Kang, and Hanna Kang, by and through their counsel of record, Scott L. Rogers, Esq, and Will C. Mitchell, Esq. of MITCHELL ROGERS INJURY LAW, that the entire case is dismissed with prejudice, with each party bearing their own fees and costs.

///

///

///

///

that the entire case is dismissed with prejudice, with each party bearing their own fees and costs.

DATED this 9th day of September 2026

**WILSON ELSER MOSKOWTIZ EDELMAN & DICKER, LLP**

*/s/ Tania G. Bonilla, Esq.*
Mark C. Severino, Esq.
Nevada Bar No. 14117
Tania G. Bonilla, Esq.
Nevada Bar No. 15703
6689 Las Vegas Boulevard South, Ste 200
Las Vegas, NV 89119
*Attorneys for Defendants*

DATED this 3rd day of September, 2026

**MITCHELL ROGERS INJURY LAW.**

*/s/ , Scott, L. Rogers, Esq.*
Scott L. Rogers, Esq.
Nevada Bar No. 13574
Will C. Mitchell, Esq.
Nevada Bar No. 14403
3017 W. Charleston Blvd, Suite 10
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
9-11-26

**Respectfully submitted by:**

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Tania G. Bonilla, Esq.*
Mark C. Severino, Esq.
Nevada Bar No. 14117
Tania G. Bonilla, Esq.
Nevada Bar No. 15703
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 9th day of September, 2026, I served a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

| | |
|---|---|
| Scott L. Rogers, Esq.<br>Will C. Mitchell, Esq.<br>Mitchell Rogers Injury Law<br>9480 S. Eastern Ave., Ste. 236<br>Las Vegas, Nevada 89132<br>Telephone: (702) 702-2622<br>*Attorney for Plaintiffs* | |

BY: /s/ *Kate Samano*
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP